1   ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
2   MICHAEL J. CARROLL (St. Bar #50246)
    220 Sansome Street, Suite 600
3   San Francisco, CA  94104
    Telephone:  (415) 392-5431
4
    Attorneys for Plaintiffs
5

6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE NORTHERN   )       NO.  C 05 1776 BZ
    CALIFORNIA FLOOR COVERING, et al.,  )
12                                      )       ORDER TO CONTINUE CASE
                             Plaintiffs, )      MANAGEMENT CONFERENCE
13                                      )
              vs.                       )
14                                      )
    JOE WONG, etc.,                     )
15                        Defendant.    )
    _____ )
16                                      )

17          IT IS ORDERED that the Case Management Conference in this

18  case set for September 12, 2005 be continued to October 17, 2005 at

19  4:00 p.m. in Courtroom G, 15th Floor, San Francisco, CA.

20

21

22  Dated: Sept. 9, 2005          _____
                                  Magistrate Judge Bernard Zimmerman
23

24

25

26

27

28


    ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE