```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Sansome Street, Suite 600
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
 6                  UNITED STATES DISTRICT COURT
 7                 NORTHERN DISTRICT OF CALIFORNIA
 8
 9  BOARD OF TRUSTEES OF NORTHERN    )   NO.  C 05 1776 BZ
    CALIFORNIA FLOOR COVERING, et al.,)
10                                   )
               plaintiffs,           )   REQUEST THAT CASE MANAGEMENT
11                                   )    CONFERENCE DATE GO OFF
                                     )    CALENDAR; ORDER
12       vs.                         )
                                     )
13  JOE WONG, etc.                   )
                                     )
14             Defendants.           )
    _____)
15
```

16        Plaintiffs will take defendant's default Monday, October 17,

17  2005 if no responsive pleading is filed.

18        Plaintiffs request that the October 17, 2005 Conference go

19  off calendar.   Plaintiffs will prepare and file a motion for default

20  judgment.

21  DATED: October 12, 2005              Respectfully submitted,

22                                       ERSKINE & TULLEY
                                         A PROFESSIONAL CORPORATION
23
24                                       By:/s/Michael J. Carroll
                                            Michael J. Carroll
25                                          Attorneys for Plaintiff

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Oct. 12, 2005 — IT IS SO ORDERED — /s/ Bernard Zimmerman — Judge Bernard Zimmerman]*

                                         _____
28                                       Judge Bernard Zimmerman

REQUEST THAT CMC DATE GO OFF CALENDAR; ORDER                      1

1 | PROOF OF SERVICE BY MAIL
---|---

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Sansome Street, Suite 600, San Francisco, CA 94104. On October 12, 2005 I served the within REQUEST THAT CASE MANAGEMENT CONFERENCE DATE GO OFF CALENDAR; ORDER on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, CA, addressed as follows:

J W Carpet
1637 Ocean Avenue
San Francisco, CA 94112

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on October 12, 2005 at San Francisco, CA.


                                       /s/Sharon Eastman
                                       Sharon Eastman

REQUEST THAT CMC DATE GO OFF CALENDAR; ORDER       2