1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10
11   BOARD OF TRUSTEES OF          )
     NORTHERN CALIFORNIA FLOOR     )
12   COVERING, et al.,             )    No. C05-1776 BZ
                                   )
13              Plaintiff(s),      )    **ORDER SCHEDULING HEARING ON**
                                   )    **PLAINTIFFS' MOTION FOR**
14        v.                       )    **DEFAULT JUDGMENT**
                                   )
15   JOE WONG, et al.,             )
                                   )
16              Defendant(s).      )
                                   )
17
18        TO ALL PARTIES AND COUNSEL OF RECORD:
19        **IT IS HEREBY ORDERED** that pursuant to the Court's
20   discretion under Rule 55(b)(2) of the Federal Civil Rules of
21   Civil Procedure, a hearing on plaintiffs' motion for default
22   judgment is set for **Wednesday, April 5, 2006,** at 10:00 a.m. in
23   Courtroom G, 15th Floor, Federal Building, San Francisco,
24   California, 94102.
25        Claims for attorneys' fees should be supported by billing
26   records. Compliance with 50 App. U.S.C. § 501 et seq. of the
27   Servicemembers' Civil Relief Act may not be satisfied on
28   information and belief. See 50 App. U.S.C. § 521(b)(1);

G:\BZALL\-BZCASES\WONG\DEF.SCH.ORD.wpd     1

1 <u>United States v. Simmons</u>, 508 F.Supp. 552 (E.D. Tenn.
2 1980)(interpreting 50 App. U.S.C. § 520(1), predecessor to 50
3 App. U.S.C. § 521(b)(1)).

4     Plaintiffs should be prepared to prove their damages by
5 competent testimony or other admissible evidence.  If
6 plaintiffs intend to prove damages by affidavits or
7 declarations, the affiant or declarant should have personal
8 knowledge of all matters to which she testifies.  For all
9 evidence, proper foundations must be established.  For an
10 explanation of the evidentiary requirements for proving
11 damages in a default case, the parties are encouraged to
12 consult Chapter Six of <u>Civil Procedure Before Trial</u> by William
13 W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.

14     Defendants should attend the hearing if they contest the
15 validity or amount of plaintiffs' claim.  Seven days before
16 the hearing, on **Wednesday, March 29, 2006,** plaintiffs shall
17 file with the Clerk of the Court, and deliver directly to
18 chambers, a declaration setting forth in detail all steps
19 taken to serve defendants with notice of this hearing.  If
20 defendants actually received notice of this hearing,
21 plaintiffs should provide the Court with proof of service.
22 Dated: February 9, 2006

                        Bernard Zimmerman
                  United States Magistrate Judge

G:\BZALL\~BZCASES\WONG\DEF.SCH.ORD.wpd