ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF NORTHERN ) NO.  C 05 1776 BZ
CALIFORNIA FLOOR COVERING, et al., )
                                   )
            plaintiffs,            ) MOTION TO AMEND PLEADING
                                   ) F.R.C.P. 15(b)
                                   )
       vs.                         )
                                   )
JOE WONG, etc.                     )
                                   )
            Defendants.            )
_____)

Plaintiffs will move the Court to amend all pleadings in this proceeding to change the spelling of the name of defendant Joe Wong to read Joe Wang.

This motion is supported by the Declaration of Michael J. Carroll submitted herewith.

DATED: April 19, 2006                  Respectfully submitted,

                                       ERSKINE & TULLEY
                                       A PROFESSIONAL CORPORATION

                                       By: _____
                                           Michael J. Carroll
                                           Attorneys for Plaintiff

GRANTED
Judge Bernard Zimmerman
4/25/2006

MOTION TO AMEND PLEADING F.R.C.P. 15(b)                          1